UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LONNIE JOHNSON                                CIVIL ACTION NO. 14-0825

VERSUS                                        JUDGE S. MAURICE HICKS, JR.

WILLIE SHAW, ET AL.                           MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Record Document 19) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 26th day of July, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE